**IN THE UNITED STATES DISTRICT COURT**
**FOR SOUTHERN DISTRICT OF WEST VIRGINIA**

| IN THE MATTER OF THE SEARCH OF A LAVIEW DIGITAL VIDEO RECORDER (SN: GGG140501X01361) FROM A SEARCH WARRANT AT 40 WAYSON DRIVE, NITRO, WEST VIRGINIA 25143. | Case No. 2:23-mj-00092 |
| --- | --- |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Rudy Basaldua, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for a LaView digital video recorder (SN: GGG140501X01361) (hereinafter "SUBJECT DEVICE") seized during a federal search warrant at 40 Wayson Drive, Nitro, West Virginia 25143. The SUBJECT DEVICE is described herein and in Attachment A, and the items to be seized are described herein and in Attachment B.

2. I am a Special Agent of the Drug Enforcement Administration and as such I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. As a Special Agent,

I am an investigative or law enforcement officer of the United States within the meaning of Fed. R. Crim. P. 41(a)(2)(C).

3. I have been employed by the Drug Enforcement Administration (DEA) since May 2020. I am currently assigned to the Charleston District Office (CDO), Charleston, West Virginia, High Intensity Drug Trafficking Area (HIDTA) Task Force, investigating narcotics trafficking, and other violations of U.S. Title 21. During the course of my DEA career, I have attended and completed training in the field of narcotics enforcement. This training included the DEA Academy in Quantico, Virginia. I have received training in the area of narcotics and dangerous drugs, such as usage and their effects, identification of illicit drugs, packaging and distribution techniques. I have received specialized instruction in the use of informants, informant information, making controlled purchases, and the use of surveillance equipment and techniques. I have received specialized training in the area of concealed transport and transfer of bulk cash and narcotics. I have received specialized training in interviews and debriefings of persons who have been involved with the use or sale of drugs. During my time as a Special Agent with the DEA, I have served as a case agent and investigator.

4. Prior to being a DEA Special Agent, I was a sworn law enforcement officer in the State of Tennessee from 2016-2020. In that capacity, I investigated violations of Tennessee State Laws,

including drug offenses in violation of the Tennessee Code Annotated. As a result, I have become familiar with methods of operation of drug traffickers and organizations.

5. As a Special Agent with the DEA, I work with other federal and state law enforcement officers in investigations of violations of federal and state controlled substance laws, including the distribution of fentanyl, heroin, cocaine, methamphetamine, marijuana, and other dangerous drugs. I have participated in the debriefing of defendants, witnesses, and informants, during which time I have discussed with them their methods of drug smuggling, distribution, packaging, trafficking, avoiding law enforcement, and laundering proceeds, among other concerns related to drug trafficking. I have discussed and learned from other law enforcement investigators in regards to these matters as well.

6. Based on my training, experience, and conversations with other experienced narcotics investigators, I have gained experience in the techniques and methods used by drug traffickers to distribute controlled substances, their use of vehicles to facilitate their drug trafficking activity, and the methods used to conceal, transport and distribute the controlled substances.

7. Through my assistance in a federal Title III investigation, I gained experience in the interception of wire and electronic communications. I have been directly involved in the review and deciphering of intercepted coded conversations between narcotics

traffickers that were later corroborated by surveillance. Throughout my law enforcement career, I have spoken with, worked with, and gained knowledge from numerous experienced federal, state, and local narcotics officers about drug traffickers and their use of cell phones to facilitate drug trafficking. I have also received extensive instruction and practical training on intercepting communications and conducting coordinated surveillance while at the DEA Academy.

8. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. I have not included every fact concerning this investigation. This affidavit is intended to show that there is a sufficient factual basis to establish probable cause to support the Application.

**PROBABLE CAUSE**

9. On March 8, 2023, the Honorable Chief United States District Court Judge Thomas E. Johnston, in the Southern District of West Virginia, entered an order continuing interception of electronic and wire communications over (304)989-4455 (hereafter "TARGET TELEPHONE #1" or "TTI") utilized by TOBY LEE GRALEY (hereafter "GRALEY") and initiating interception of electronic and wire communications over a cellular telephone (304)610-0128 (hereafter "TARGET TELEPHONE" or "TT2") utilized by TEVON O'SHEA VANHORN (hereafter "VANHORN").

10. On March 24, 2023, the Honorable United States Magistrate Judge Dwane L. Tinsley signed a federal search warrant in 2:23-mj-00071 for 40 Wayson Drive, Nitro, West Virginia 25143. Investigators determined that VANHORN utilized the residence as part of VANHORN's drug trafficking organization from which to store and/or distribute methamphetamine and fentanyl. Furthermore, investigators believe that Mary TOWNSEND is associated with the residence due to information obtained during the investigation and as reincorporated from my affidavit in 2:23-mj-00071.

11. On March 28, 2023, investigators with the DEA Charleston District Office and the Kanawha County Sherriff's Office SWAT team executed a federal search warrant at 40 Wayson Drive, Nitro, West Virginia 25143. Kanawha County SWAT conducted a knock and announce, and after an appropriate waiting period when no one answered, breached the back door which is the main entry point to the residence. Kanawha County SWAT then cleared the residence and located no occupants. While searching the residence, investigators observed the interior of the front door was covered in a plastic film and secured with a locking bar set under the door handle. Investigators observed numerous video cameras inside the residence facing inward and one external security camera facing out. A small SentrySafe branded safe was observed in the main bedroom and then searched by investigators on scene; the safe contained a quantity of white powder that field tested positive for fentanyl.

Investigators also observed the SUBJECT DEVICE located in the living room next to a small monitor/tv. Investigators believe that the numerous security cameras were connected to the SUBJECT DEVICE which should have recorded activity of individuals inside and outside the residence. Based upon my training and experience, I believe that it is common for drug traffickers to maintain surveillance equipment to protect and secure their drugs and property. I believe that the SUBJECT DEVICE contains evidence of VANHORN's drug-trafficking organization preparing methamphetamine and fentanyl for distribution, distributing to customers, and identification of conspirators.

12. Investigators also located a digital scale near the dryer, various packaged and unpackaged Narcan brand sprays, and vials of Naloxone with unopened needles. Behind the underpinning of the mobile home residence, investigators located: a white bag which contained two blenders and their blender canisters, disposable facemasks, a black in color reusable respirator, a digital scale, nitrile gloves, a clear plastic bowl, and a mesh colander with a blue handle. Also located behind the underpinning of the residence and next to the white duffle-style bag, investigators observed a black bag which contained a blender with several blending containers, a digital scale, a bag of "Swerve" (a sugar substitute), and a West Virginia identification card with the name Cole Allen Williams (I369736).

13. Based on my training, experience, and knowledge of this case, I know that Swerve is utilized to "cut" or dilute fentanyl. Based on my experience, training, and knowledge of this case, I believe that the blenders are utilized to mix the fentanyl powder with the Swerve to dilute the fentanyl. I further believe that the gloves and masks are used as personal protection for VANHORN and his associates when they are mixing the fentanyl and Swerve.

14. On March 29, 2023, a federal grand jury returned a multi-defendant and multi-count indictment against members of the drug trafficking organization. Count One of the indictment charged GRALEY, VANHORN, JAIESHA KEYSHARA MORRIS (hereafter "MORRIS"), DREMA KAY KEENEY (hereafter "KEENEY"), and JAMI CHEYENNE MOORE with Conspiracy to Distribute Methamphetamine and Fentanyl in violation of 21 U.S.C. 846.

**CONCLUSION**

15. Based on the facts of this case as provided in this affidavit, probable cause exists that VANHORN, MORRIS, GRALEY, and KEENEY have been engaged in Conspiracy to Distribute Methamphetamine in violation of 21 U.S.C. § 846.[1] Probable cause exists that VANHORN has been engaged in Distribution or Possession

[1] Investigators believe that JAMI CHEYENNE MOORE died prior to execution of the arrest warrant; investigators are currently awaiting confirmation of the same.

with Intent to Distribute Methamphetamine and Fentanyl in violation of 21 U.S.C. § 841(a)(1). Probable cause exists that evidence of these offenses is currently located in the SUBJECT DEVICE as more fully described in Attachment A.

Further your affiant sayeth naught.

Rudy Basaldua
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Sworn to before me by telephone this 28th day of April, 2023.

DWANE L. TINSLEY
UNITED STATES MAGISTRATE JUDGE